

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00109-CV

Robin **BROWN**,
Appellant

v.

Terry **FASELER**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-04701
Honorable Dick Alcala, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 38.8(a). Costs of appeal are taxed against Appellant Robin Brown.

SIGNED September 5, 2018.

Karen Angelini, Justice